MCDONALD, C. J., did not participate in the consideration or decision of this petition.

The Supreme Court docket number is SC 16416.

*Shelley R. Sadin,* in support of the petition.

*Gregory P. Lynch,* in opposition.

Decided October 31, 2000

STATE OF CONNECTICUT *v.* KEVIN SOTO

VERTEFEUILLE, J., did not participate in the consideration or decision of this petition.

*Louis S. Avitabile,* special public defender, in support of the petition.

*Christopher T. Godialis,* assistant state's attorney, in opposition.

Decided October 31, 2000

STATE OF CONNECTICUT *v.* MARK BANKS